UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| MALINDA M. REESE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 1:07-CV-98-PPS |
| ) | |
| KARL SCHMIDT UNISIA, INC., ) | |
| d/b/a ZOLLNER PISTON, ) | |
| a/k/a ZOLLNER, INC., ) | |
| ) | |
| Defendant. ) | |

## OPINION AND ORDER

Plaintiff Malinda Reese filed two identical motions, each asking the court, in their entirety, to: "Please allow me a belated extension of time to file a notice of appeal to the order dismissing the case Docket Entry # 41." [DE 50, 53]. These documents were handwritten and not submitted through counsel. A party has 30 days from the time of a civil judgment to file a notice of appeal. Fed. R.App. P. 4(a)(1)(A). Reese wishes to appeal the order granting Defendant summary judgment, entered July 14, 2008. [DE 41]. The Clerk's entry of judgment was placed on July 15, 2008 [DE 42]. Reese did not file a notice of appeal to this order within the 30 day deadline.

A district court may extend the time to file a notice of appeal if "that party shows excusable neglect or good cause." Fed. R.App. P. 4(a)(5)(A). Reese's one sentence motion does not attempt to show excusable neglect or good cause. Therefore, Reese's motions for an extension of time to appeal [DE 50, 53] are **DENIED**.

**SO ORDERED.**

ENTERED: August 22, 2008

                                                                s/ Philip P. Simon
                                                                PHILIP P. SIMON, JUDGE
                                                                UNITED STATES DISTRICT COURT